No. 99–8320. MUSTAFA v. ROBACZEWSKI ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–8329. BROWN v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 99–8358. GALLO v. UNITED STATES ATTORNEY'S OFFICE, EASTERN DISTRICT OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 99–8366. HILL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–8393. ROANE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–8397. JONES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–8414. DIAZ v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 99–8423. MANGIARDI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–8424. JOINER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–8426. SPELLS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–8439. RAU v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 99–8442. SNEAD v. CORCORAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–8452. ORTEGA-GOMEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–8453. BADGER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.